STANDARD ACCIDENT INSURANCE COMPANY, Respondent, *v.* JOHN J. ACKERMAN et al., as Administrators with the Will Annexed of CLINTON G. SWACKHAMER, Deceased, Appellants.

(Argued November 21, 1934; decided December 7, 1934.)

*Richard H. Levet* and *William B. Levet* for appellants.
*William Scott, 2nd,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, CROUCH and LOUGHRAN, JJ. Dissenting: HUBBS, J.